AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

``                                              DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
   Plaintiff,
  v.                                                    **APPEARANCE**

RAMON CORTES-LOPEZ,
              Case Number:   08MJ0356
   Defendant.

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

  RAMON CORTES-LOPEZ

  I certify that I am admitted to practice in this court.


| | |
|---|---|
| | /s/ JOSEPH McMULLEN |
| 2/8/2008 | Signature |
| Date | |
| | Joseph McMullen / Federal Defenders of SD   246757 |
| | Print Name            Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number       Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: February 8, 2008 | /s/ Joseph McMullen |
| | JOSEPH McMULLEN |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467 (tel) |
| | (619) 687-2666 (fax) |
| | e-mail: Joseph_McMullen@fd.org |